**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | Criminal No. TDC-18-0012 |
| ) | |
| **MARK T. LAMBERT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT STATUS REPORT

Defendant Mark Lambert and the Government, by and through undersigned counsel, submit the following Joint Status Report as required by the Court's November 6, 2018 Order.

**I.    Discovery**

Pursuant to the Court's September 6, 2018 Order, the parties, including Ephraim Wernick and William M. Sullivan, Jr., met and conferred in person on October 3, 2018, and have exchanged multiple emails and phone calls in an effort to resolve remaining ESI discovery issues related to thousands of documents (referenced below) included within the Government's February 22, 2018 production, which did not have searchable text. The parties agreed that the Government would conduct at its own cost an optical character recognition ("OCR") procedure on the production of certain agreed-upon categories of documents (PDFs, TIFFs and PowerPoint files) to allow Mr. Lambert to search and review such materials that the Government had initially produced with no searchable text.

On October 26, 2018, the Government provided to the defense a disc containing 70,972 files that resulted from its OCR of 53,406 PDF files, 17,255 TIFF files, 134 PowerPoint files and 177 other image files that had previously been included in the February 22, 2018 production and which the parties believed may have had searchability issues or the parties otherwise

confirmed had no searchable text. While Mr. Lambert is currently reviewing this additional production, the parties expect that the OCR production of those documents will allow Mr. Lambert to review the files that the Government previously produced without searchable text, and thus resolve the outstanding ESI issues.

During the October 3, 2018 meeting, the defense also restated other requests that had been made for additional documents and information, including an index to describe the documents that were produced by the Government in its February 22, 2018 production. On November 2, 2018, the Government responded to Mr. Lambert's requests and provided an updated index. Mr. Lambert is currently reviewing the Government's response to his requests as well as the new index. The parties have agreed to continue to meet and confer concerning the production's ESI issues and Mr. Lambert's discovery requests, and will alert the Court if an additional status hearing is needed to resolve any matters before the end of the year.

## II.     Motions, Status of Plea Negotiations, Speedy Trial Act and Trial Schedule

On October 23, 2018, Mr. Lambert filed a Motion for a Bill of Particulars. ECF 35. On November 6, 2018, the Government filed a motion to extend the time to respond, which Mr. Lambert did not oppose. ECF 39. The Government expects to file its response on or before November 9, 2018. The parties do not anticipate that a hearing will be necessary to resolve Mr. Lambert's motion. To the extent a hearing is necessary on this or any additional motions, no Motions Hearing date has yet been set.

Over two years ago, the Government offered a pre-indictment plea, which Mr. Lambert rejected. In October 2018, the Government offered Mr. Lambert a second plea, which Mr. Lambert also rejected. The parties do not anticipate a plea agreement in this case and are preparing for trial.

Mr. Lambert was indicted under seal on January 10, 2018, but he did not make his initial appearance before a judicial officer until January 12, 2018. Thirty-nine days passed between the date of the defendant's initial appearance and February 20, 2018, which was the day that this Court granted a joint motion to exclude time under the Speedy Trial Act. This Court has issued subsequent Orders tolling the Speedy Trial clock through the trial date of April 30, 2019. ECF 20, 26, 30.

The parties believe the trial will take between two and three weeks.

The parties are not proposing any changes to the briefing schedule at this time.

Respectfully submitted,

ROBERT K. HUR
United States Attorney

| | |
|---|---|
| ___/s/ William M. Sullivan, Jr.___ | By:  _____/s/_____ |
| William M. Sullivan, Jr., Esq. (No. 17082) | David I. Salem |
| Thomas C. Hill, Esq. (No. 05703) | Assistant United States Attorney |
| Fabio Leonardi, Esq. (No. 07206) | |
| Pillsbury Winthrop Shaw Pittman LLP | SANDRA L. MOSER |
| 1200 17th Street NW | Acting Chief |
| Washington, DC 20036 | |
| Telephone: 202-663-8027 | |
| Fax: 202-663-8007 | Ephraim Wernick, Assistant Chief |
| wsullivan@pillsburylaw.com | Derek Ettinger, Trial Attorney |
| thomas.hill@pillsburylaw.com | United States Department of Justice |
| fabio.leonardi@pillsburylaw.com | Criminal Division, Fraud Section |
| | 1400 New York Ave., NW |
| *Counsel for Defendant Mark Lambert* | Washington, DC 20005 |
| | Tel:  (202) 307-3952 (Wernick) |
| | Tel:  (202) 514-5545 (Ettinger) |
| | ephraim.wernick@usdoj.gov |
| | derek.ettinger@usdoj.gov |