# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK T. LAMBERT,<br><br>Defendant. | Criminal Action No. TDC-18-0012 |

## MODIFIED PRETRIAL SCHEDULING ORDER

On May 29, 2019, the Court issued its Second Revised Pretrial Order. ECF No. 86. The Court now MODIFIES the schedule as set forth below. All other pretrial deadlines remain in force.

| | |
|---|---|
| **October 23, 2019, at 9:00 a.m.** | Pretrial Conference/Motions *in limine* Hearing |
| **October 31, 2019, 9:00 a.m. to 1:00 pm** | Jury Trial (Day 3) |
| **November 15, 2019 at 9:00 a.m.** | Jury Trial (if necessary) |

In addition, the parties are reminded to work within the Court's template voir dire questions and template jury instructions to ensure consistency of formatting for the Court's reference. With respect to the jury instructions, for any additional proposed instruction based on more than one source or case, the parties shall provide separate footnote citations for each sentence so that the source for each line is clearly identified.

Date: October 2, 2019



THEODORE D. CHUANG
United States District Judge