IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**MARK T. LAMBERT**<br><br>Defendant. | Criminal Action No. **TDC-18-012** |

## REGULAR SENTENCING ORDER

(1)  On or before <u>Thursday, January 02, 2020</u> *(not more than 40 days from the date of this order)*, the Probation Officer shall provide the initial draft of the presentence report to counsel for the Defendant for review with the Defendant. If the Defendant is in pretrial detention, defense counsel may not provide a copy of the recommendations section of the presentence report to the Defendant in advance of meeting to review the presentence report, and may not leave the recommendations section of the presentence report with the Defendant once the review has taken place. The Probation Officer shall also provide the initial draft of the presentence report to counsel for the Government.

(2)  On or before <u>Thursday, January 16, 2020</u> *(not less than 14 days from date in paragraph 1)*, counsel shall submit, in writing, to the Probation Officer and opposing counsel, any objections to any material information, sentencing classifications, advisory sentencing guideline ranges, or policy statements contained in or omitted from the report.

(3)  After receiving counsel's objections, the Probation Officer shall conduct any necessary further investigation and may require counsel for both parties to meet with the Probation Officer to discuss unresolved factual and legal issues. The Probation Officer shall make any revisions to the presentence report deemed proper, and, in the event that any objections

Sentencing Guidelines Order - Regular (Rev. 06/2018)

made by counsel remain unresolved, the Probation Officer shall prepare an addendum setting forth those objections and any comment thereon.

(4) On or before <u>Monday, January 27, 2020</u> *(not less than 11 days from date in paragraph 2)*, the Probation Officer shall file the report (and any revisions and addendum thereto) through CM/ECF.

(5) If counsel for either party intends to call any witnesses at the sentencing hearing, counsel shall submit, in writing, to the Court and opposing counsel, on or before <u>Monday, February 24, 2020</u> *(not less than 14 days before sentencing)*, a statement containing (a) the names of the witnesses, (b) a synopsis of their anticipated testimony, and (c) an estimate of the anticipated length of the hearing.

(6) Sentencing memoranda are not required unless a party intends to request a sentence outside the advisory guidelines range on the basis of a non-guideline factor. If submitted, they shall be filed with the Clerk and a copy delivered to chambers on or before <u>Monday, February 24, 2020</u> *(not less than 14 days before sentencing)*. Copies of all memoranda must be sent to the Probation Officer.

(7) Any motions relating to sentencing, **including motions for a continuance,** shall be filed and delivered to chambers on or before <u>Monday, February 24, 2020</u> *(14 days before sentencing).* **No motions for a continuance filed after this deadline will be granted absent extraordinary circumstances.** Any responses to motions shall be filed on or before <u>Monday, March 02, 2020</u> *(7 days before sentencing).* No reply memoranda shall be filed.

(8) Any other written materials relating to sentencing, including but not limited to letters or statements by the defendant, family members, victims, or others, shall be delivered to chambers no later than <u>Monday, March 02, 2020</u> *(7 days before sentencing).*

Sentencing Guidelines Order - Regular (Rev. 06/2018)

(9) If either party intends to seek a change in the defendant's release status at sentencing, including requiring the defendant to be taken into custody immediately following sentencing, that party shall inform the Court, opposing counsel and the Pretrial Services Officer on or before <u>Friday, March 06, 2020</u> *(3 days before sentencing)*. Failure to do so may result in denial of the requested change.

(10) Sentencing shall be on <u>Monday, March 09, 2020</u> at 2:00 p.m.

(11) The presentence report, any revisions, and any proposed findings made by the Probation Officer in the addendum to the report shall constitute the tentative findings of the Court under section 6A1.3 of the sentencing guidelines. In resolving disputed issues of fact, the Court may consider any reliable information presented by the Probation Officer, the Defendant, or the Government, and the Court may issue its own tentative or final findings at any time before or during the sentencing hearing.

(12) Nothing in this Order requires the disclosure of any portions of the presentence report that are not disclosable under Federal Rules of Criminal Procedure 32.

November 22, 2019
Date

_____
Theodore D. Chuang
United States District Judge

Sentencing Guidelines Order - Regular (Rev. 06/2018)