# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. TDC-18-0012** |
| : | |
| **MARK T. LAMBERT** : | |
| : | |
| **Defendant** : | |

...oOo...

## JOINT STATUS REPORT IN RESPONSE TO
## COURT ORDER OF OCTOBER 6, 2020

The United States, by undersigned counsel, together with defendant Mark Lambert, through counsel, hereby submits this joint status report in response to this Court's Order of October 6, 2020, with respect to sentencing and provides information as follows:

(1) The parties believe that October 28, 2020 is at this time the most convenient date for the sentencing. However, the government's medical expert, Dr. Rani Hassan, is not available that entire week, as he is on clinical assignment. The parties are attempting to reach a stipulation with respect to medical issues that will preclude the need for any medical testimony and we are continuing to discuss the matter, though at this time there has been no formal agreement. We anticipate a formal answer within 7 days.

(2) Otherwise, other witnesses for the parties are available that day. If the parties reach a stipulation on the medical issues, the government would anticipate calling only Commander Regina Bradley as a witness. The defense still intends to call its character witnesses as per prior filings and discussions with Chambers.

DATE:  October 6, 2020

Respectfully submitted,

| | |
|---|---|
| Daniel Kahn | Robert K. Hur |
| Acting Chief, Fraud Section | United States Attorney |
| Criminal Division, | |
| Department of Justice | |
| | |
| By:  _____/s/_____ | By:  _____/s/_____ |
| Vanessa A. Sisti | David I. Salem |
| Assistant Chief | Assistant United States Attorney |
| Fraud Section | |

2

## Certificate of Service

A copy of the foregoing joint status report was served on defense counsel by ECF.

_____/s/_____
David I. Salem
Assistant U.S. Attorney

3