United States of America

vs.

Mark Lambert

**FILED**

OCT 2 8 2020

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**Criminal No. TDC-18-0012**

<u>Government Sentencing Exhibits</u>

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Pages from JHU And Haque Medical Records |
| 2 | OCT 2 3 2020 | OCT 2 3 2020 | | Stipulation |