# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal No. TDC-18-0012 |
| ) | |
| MARK T. LAMBERT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## UNOPPOSED MOTION OF MARK T. LAMBERT TO DEFER SURRENDER DATE

### I.    INTRODUCTION

Defendant Mark T. Lambert, through undersigned counsel, respectfully submits this unopposed motion to defer Mr. Lambert's surrender date 90 days to allow Mr. Lambert to undergo a necessary surgical procedure and in light of the health risks that the COVID-19 pandemic currently poses to Mr. Lambert—who, upon the medical advice of his doctors, is unfortunately unable to receive a vaccination against COVID-19—should he be incarcerated at this time.  Mr. Lambert accordingly moves for an order extending his date to surrender to the Bureau of Prisons ("BOP") to serve the sentence imposed on October 28, 2020, as amended by the Court's November 20, 2020 Amended Judgment (Dkt. 227), for 90 days, from May 23, 2021 to August 23, 2021.

### II.    ARGUMENT

On February 8, 2021, the Court granted Mr. Lambert's prior unopposed motion to extend his surrender data to May 23, 2021 in light of the risk to Mr. Lambert's health posed by the COVID-19 pandemic's effect on the incarcerated population in light of Mr. Lambert's significant

underlying health issues. Since that time, Mr. Lambert has received his BOP designation to the minimum security camp at the Federal Corrections Complex Butner (FCC Butner).

Since the Court granted Mr. Lambert's first motion to extend his surrender date, he has been experiencing severe and persistent neck pain, arm pain and tingling and numbness in his upper extremities and has been diagnosed with cervical stenosis with spinal cord compression. *See* April 28, 2021 Letter of Dr. Joshua Ammerman (attached as Exhibit B). Mr. Lambert's neurosurgeon has recommended that he undergo cervical decompression and fusion surgery early this summer to protect him from a potentially catastrophic spinal cord injury. *Id*. The extension requested in this motion will allow Mr. Lambert to undergo this surgery and begin his recovery, estimated to be a minimum of 12 weeks, under the care of his own doctors before he reports to FCC Butner to serve his sentence.

Further, while the COVID-19 situation has recently improved somewhat at FCC Butner with progress in vaccinating the incarcerated population, Mr. Lambert is still at a very significant risk should he contract COVID-19, and he remains ineligible to receive a COVID-19 vaccine due to prior aberrant reactions to vaccines. *See* May 4, 2021 letter of Dr. Syed Haque (Attached as Exhibit A). Until more progress has been made in vaccinating both the incarcerated population and staff at FCC Butner, Mr. Lambert remains at significant risk should he be incarcerated at this time.

Counsel for Mr. Lambert corresponded with counsel for the Government via phone on April 29, 2021 regarding the relief requested in this Motion, and the Government advised that it does not oppose this request.

### III. CONCLUSION

For the foregoing reasons, Mr. Lambert respectfully moves this Court for an order extending his date to surrender to the BOP for 90 days, from May 23, 2021 to August 23, 2021.

Dated: May 6, 2021                              Respectfully submitted,

*/s/ William M. Sullivan, Jr.*
William M. Sullivan, Jr. (No. 17082)
wsullivan@pillsburylaw.com
Thomas C. Hill (No. 05703)
thomas.hill@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, D.C. 20036
Telephone: (202) 663-8027
Facsimile: (202) 663-8007

*Counsel for Defendant Mark Lambert*