**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Case No. 8:18-cr-00012-TDC-1 |
| MARK T. LAMBERT, | ) ) ) | |
| Defendant. | ) ) | |

**UNOPPOSED MOTION OF MARK T. LAMBERT TO DEFER
SURRENDER DATE**

**I.    INTRODUCTION**

Defendant Mark T. Lambert, through undersigned counsel, respectfully submits this unopposed motion to defer Mr. Lambert's surrender date 38 days in light of the health risks that the COVID-19 pandemic, and specifically the now-predominant Delta variants pose. Mr. Lambert has been advised by his doctors that he is unable to receive the COVID-19 vaccine due to his long-term cardiac issues and allergies to other vaccines. Because he cannot be vaccinated, Mr. Lambert's significant co-morbidities and the prevalence of the Delta variant pose a grave risk of hospitalization, severe illness and death should he be infected with Covid-19. The risk of Mr. Lambert contracting Covid-19 is much greater were he to be in an incarcerated environment than under his present circumstances where he is able safely to isolate himself from contact with other people. Mr. Lambert accordingly moves for an order extending his date to surrender to the Bureau of Prisons ("BOP") to serve the sentence imposed on October 28, 2020, as amended by the Court's November 20, 2020 Amended Judgment (Dkt. 227), from August 23, 2021 to September 30, 2021,

with counsel Mr. Lambert and the Government to confer in mid-September to assess ongoing developments in the COVID-19 pandemic.

## II. ARGUMENT

The Bureau of Prisons has designated Mr. Lambert to the minimum-security camp at the Federal Corrections Complex Butner (FCC Butner) in North Carolina. On May 6, 2021, the Court granted Mr. Lambert's prior unopposed motion to extend his surrender data to August 23, 2021, in light of the risk to Mr. Lambert's health posed by COVID-19 pandemic based on his significant underlying health issues.

While the availability of vaccinations has reduced some of the risks associated with COVID-19 in prisons, Mr. Lambert's doctors have raised significant concerns about the risk to Mr. Lambert's health in a prison environment due to the recent spike in cases attributed to the Delta variant. Mr. Lambert's primary care physician has advised that "until Covid is under control, Mr. Lambert should not be exposed to such risk" in light of his underlying cardiac issues, which make potential exposure to COVID-19 a life-threatening risk for Mr. Lambert. *See* Letter of Syed W. Haque, M.D., P.A., August 3, 2021 (attached as Exhibit A).

Mr. Lambert cannot receive the COVID-19 vaccine, and there is no way to ensure that the inmate population and BOP staff at FCC Butner have been fully vaccinated. Further, recent reports indicate that even if a significant percentage of the Butner inmates and staff are vaccinated, this may not prevent them from spreading the Delta variant, which appears to be much more contagious and can be spread even by vaccinated people. With the Delta variant predominant in much of the country, the risk to Mr. Lamebrt's health and life is still significant, despite the BOP's vaccination efforts. Given the current spike in COVID-19 cases and the uncertainty created by the Delta

variant, Mr. Lambert respectfully requests that his report date be extended until the end of September, to allow the risk of infection from the Delta variant in a prison setting to abate.

Counsel for Mr. Lambert corresponded with counsel for the Government via phone on August 5, 2021 regarding the relief requested in this Motion, and the Government advised that it does not oppose this request. The Government and counsel for Mr. Lambert have agreed to meet and confer again in mid-September to re-assess the risk to Mr. Lambert in light of the trajectory of infections from the Delta variant.

### III.   CONCLUSION

For the foregoing reasons, Mr. Lambert respectfully moves this Court for an order extending his date to surrender to the BOP for 38 days, from August 23, 2021, to September 30, 2021.

Dated: August 6, 2021                                  Respectfully submitted,

*/s/ William M. Sullivan, Jr.*
William M. Sullivan, Jr. (No. 17082)
wsullivan@pillsburylaw.com
Thomas C. Hill (No. 05703)
thomas.hill@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, D.C. 20036
Telephone: (202) 663-8027
Facsimile: (202) 663-8007

*Counsel for Defendant Mark Lambert*